UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re Beverley Jackson, | Case No. 08-61931 |
| | Chapter 7 |
| Debtor. | Hon. Marci B. McIvor |
| _____/ | |

Michael Stevenson, Trustee,

       Plaintiff,

v.                                                  Adv. Pro. No. 09-5490

Mario Genna, Kimberly Genna
Layla Genna, Sebastian Genna, and
The Law Office of Siciliano, Mychalowych,
Van Dusen and Fuel, P.C.

       Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in an Opinion issued with this Order,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED on Counts I and II of the Complaint. Plaintiff is awarded a judgment against the Genna Defendants in the amount of $168,559.38.

IT IS FURTHER ORDERED that Defendant Law Firm's Motion for Summary Judgment is GRANTED on Count III of the Complaint. Count III is DISMISSED.

IT IS FURTHER ORDERED that Count IV of the Complaint is GRANTED IN PART and DENIED IN PART.

Signed on March 26, 2010

/s/ Marci B. McIvor
                                 **Marci B. McIvor**
                                 **United States Bankruptcy Judge**